**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**FREDERICK GEAN GOODMAN**     **PLAINTIFF**
**ADC #118555**

v.     Case No. 5:15CV00070 BSM-JTR

**STEPHEN WILLIAMS,**
**Warden, Tucker Unit, ADC, et al.**     **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and objections thereto have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED that:

1. Goodman's motion [Doc. Nos. 3 & 7] for voluntary partial dismissal is granted, and his claims against defendants Johnson and Pruitt are dismissed without prejudice.

2. Plaintiff may proceed with his Fourteenth Amendment racial discrimination and First Amendment retaliation claims against defendants Williams, Chism, Kearney, and Corbin.

3. All other claims and defendants are dismissed without prejudice.

4. The Clerk is directed to prepare a summons for defendants Williams, Chism,

Kearney, and Corbin. The U.S. Marshal is directed to serve the summons, complaint, amended complaint, and this Order on them through the ADC Compliance Office without prepayment of fees and costs or security therefor. If any of the defendants are no longer ADC employees, the ADC Compliance Office must file their last known private mailing address **under seal.**

5. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 9th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE