# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**FREDERICK GEAN GOODMAN,**  **PLAINTIFF**
**ADC #118555**

**V.**  **CASE NO. 5:15CV00070 BSM-JTR**

**STEPHEN WILLIAMS,**
**Warden, Tucker Unit, ADC,** *et al.*  **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and the plaintiff's objections thereto have been reviewed. After careful consideration of these documents and making a *de novo* review of the record, the proposed findings and partial recommended disposition are hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant Williams's motion for partial summary judgment [Doc. No. 20] is granted, and plaintiff Goodman's claims against him are dismissed without prejudice.

2. Plaintiff Goodman may proceed with his racial discrimination and retaliation claims against defendants Chism, Kearney, and Corbin.

3. It is certified. pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 8th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE