**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**FREDERICK GEAN GOODMAN,
ADC #118555**                                                                                          **PLAINTIFF**

v.                           CASE NO. 5:15-CV-00070 BSM

**RONALD CHISM,
SATP Counselor,
Tucker Unit, Arkansas Department of Correction, et al.**         **DEFENDANT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 59] and Plaintiff Frederick Gean Goodman's objection [Doc. No. 60] have been reviewed. After a review of the entire record, the RD is adopted. Accordingly, Defendants' Motion for Summary Judgment [Doc. No. 50] is granted and Goodman's racial discrimination and retaliation claims against Kearney, Chism, and Corbin are dismissed with prejudice.

IT IS SO ORDERED this 9th day of September 2016.

_____
UNITED STATES DISTRICT JUDGE